## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

_____

DARRIN LAPINE,

                Plaintiff,                        Case No. 20- 12423

v.

C/O BOOTH, ET AL,

                Defendants.
_____/

### ORDER SUMMARILY DISMISSING COMPLAINT

Darrin LaPine filed a pro se complaint on August 28, 2020. (ECF No. 1.) Plaintiff did not pay the required filing fee when he filed his complaint, nor did he submit a complete application to proceed *in forma pauperis* with an authorization to withdraw funds from prison trust account. The court issued an Order to Correct Deficiency on October 2, 2020, requiring Plaintiff to correct his filing deficiency within 30 days, or his case could be dismissed. (ECF No. 3.) The time for correcting the filing deficiency has elapsed. Therefore, the court will dismiss Plaintiff's complaint for failure to comply with the court's order. *See* FED. R. CIV. P. 41(b); *Erby v. Kula*, 113 F. App'x. 74, 75-76 (6th Cir. 2004); *Davis v. United States*, 73 F. App'x. 804, 805 (6th Cir. 2003). Accordingly,

IT IS ORDERED that Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE** for want of prosecution.

                                      s/Robert H. Cleland                    /
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:   December 15, 2020

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 15, 2020, by electronic and/or ordinary mail.

s/Lisa Wagner                                    /
Case Manager and Deputy Clerk
(810) 292-6522

S:\Cleland\Cleland\AAB\Opinions and Orders\Civil\20-12423.LAPINE.diss.failure.to.correct.BB.AAB.docx